(120 So. 926)

Charlie MITCHELL v. STATE. (8 Div. 755.)

Court of Appeals of Alabama. Feb. 12, 1929.

SAMFORD, J. Affirmed.

(128 So. 920)

Ed MITCHELL v. STATE.

8 Div. 116.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Affirmed.

(124 So. 924)

Owen MITCHELL v. STATE. (8 Div. 883.)

Court of Appeals of Alabama. Dec. 6, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(124 So. 924)

Sam MITCHELL v. STATE. (4 Div. 625.)

Court of Appeals of Alabama. Dec. 6, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(122 So. 925)

R. B. MONTGOMERY v. STATE.
(7 Div. 529.)

Court of Appeals of Alabama. May 28, 1929

SAMFORD, J. Appeal dismissed.

(128 So. 921)

Herbert MOORE v. STATE.

6 Div. 730.

Court of Appeals of Alabama.
May 13, 1930.

BRICKEN, P. J.
Appeal dismissed.

(128 So. 920)

Lester MOORE v. STATE.

6 Div. 751.

Court of Appeals of Alabama.
May 20, 1930.

BRICKEN, P. J.

No points of decision are involved in this appeal. No exceptions were reserved pending the trial, nor were any special charges requested. This appellant was convicted of the offense of violating the prohibition law of the state by having whisky in his possession. The evidence, which was entirely without conflict, tended to show the guilt of the accused. The corpus delicti was sufficiently proven, and. after conviction, the accused was duly sentenced to perform hard labor for the county.

The proceedings were regular throughout. Let the judgment of conviction from which this appeal was taken stand affirmed.

Affirmed.